UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-395-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER ESTES | ) | |

On motion of the defendant, Christopher Estes, and for good cause shown, it is ORDERED that Docket Entry xxx in this matter be sealed until further notice of this Court. The grounds for this Order are found in [DE-1182].

THEREFORE, it is ORDERED that the document be filed under seal and to remain sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the ___6___ day of September, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

-1-