UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-395-D-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER ESTES | ) | |

THIS MATTER is before the Court on the defendant's eighth unopposed motion to continue sentencing. For good cause shown, the motion is GRANTED.

IT IS FURTHER ORDERED that the Court finds the period of delay occasioned by this continuance is excluded from the Speedy Trial Act calculations, because the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial under 18 U.S.C. §3161(h)(7)(A).

The proposed sentencing date for this matter is hereby continued to this Court's December, 2023 criminal term.

SO ORDERED, this the __2__ day of October, 2023.

JAMES C. DEVER III
United States District Judge